**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**

Clarence Demond Benjamin,

Petitioner,

v.

Warden, FCI Edgefield,

Respondent.

Case No. 9:25-cv-13202-RMG

**ORDER**

This matter is before the Court upon the Report and Recommendation ("R&R") of the Magistrate Judge (Dkt. No. 12), recommending that Petitioner's habeas petition, submitted pursuant to 28 U.S.C. Section 2241, be dismissed without prejudice for failure to exhaust his administrative remedies and to prosecute. Plaintiff was given notice that he had 14 days from the date of the R&R to file any objections to the R & R. (*Id*. at 4). Plaintiff timely submitted objections to the R & R which raised substantive challenges to the Magistrate Judge's finding that Plaintiff had failed to exhaust his administrative remedies and to the Bureau of Prison's computation of his sentence. (Dkt. No. 14).

Under these circumstances, the Court remands this matter to the Magistrate Judge to address the issues raised in Plaintiff's objection.

**AND IT IS SO ORDERED.**

s/ Richard Mark Gergel
Richard Mark Gergel
United States District Judge

August 18, 2026
Charleston, South Carolina